IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Kathleen Finney | Date:  December 21, 2015 |
| Court Reporter:     Gwen Daniel | Probation:    MariJo Paul |
| | Time: 01:07 |

_____

Criminal Action No. 14-cr-00362-WJM-2            *Counsel:*

UNITED STATES OF AMERICA,                         Barbara Skalla

     Plaintiff,

v.

2.  JASON SCOTT SOLAN,                            Timothy O'Hara

     Defendant.

_____

## COURTROOM MINUTES
_____

**SENTENCING HEARING**

**3:44 p.m.**    Court in Session

Appearances of counsel.

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Skalla.

Sentencing Statement by Mr. O'Hara.

**ORDERED:**  The **Government's Motion Regarding U.S.S.G. Section 3E1.1(b)** [#130] is **GRANTED**.

      The government's **Motion to Dismiss Counts Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Thirteen, and Twenty-four of the Indictment as to Defendant Jason Scott Solan** [#140] is **GRANTED**.

      The **Defendant's Motion for a Downward Departure Pursuant to United States Sentencing Commission Guideline §4A1.3(b) for Over-Representation of Criminal History** [#133] is **DENIED** as **WITHDRAWN**.

      The defendant's **Motion for Variant Sentence** [#134] is **GRANTED**.

Defendant's Allocution.

> Defendant plead guilty to Count One of the Indictment.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Jason Scott Solan, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of seventy-two (72) months.**

      **In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

      **The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation with a residential drug abuse (RDAP) program.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three (3) years.**

      **Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

      **While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

      **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

  **1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

  **2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

  **3. The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

**ORDERED: The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED: Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his conditional plea of guilty.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

**4:51 p.m. Court in Recess**
    Hearing concluded
    Time: 01:07